

THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, FLORENCE, SC

Thomas Reginald Brooks,
    Plaintiff,

C/A NO: 4:11-CV-03362-TLW

2012 DEC -6  AM 8: 15
CLERK, FLORENCE S

VS.

The SOUTH CAROLINA DEPT.
OF CORRECTIONS, et el
LEE CORRECTIONAL INST.)
et al
DENIED

2012 AUG 13  A 10: 54

MOTION, TO Notify THE Exhaustion OF Ad-

MINISTRATIVE REMIDIES And REQUEST TO

Jerry L. Woote   12-5-12
    DATE

TERRY L. WOOTEN
U.S. DISTRICT JUDGE

Proceed "in forma pauperis"

Defendants.

HEREIN THE Plaintiff MOTIONS upon the court supported by the following
on or around date MAY 3rd 2012 at 10:15am the plaintiff attempted to
notify the United States District Court of the administrative exhaustion
of administrative remedies which was the reason for the MAG. Judges
decision within The Honorable THOMAS E. ROGERS III, R&R, when
he recommended that the case be dismissed without prejudice and
without issuance and service of process which could cause a statue
of limitations issue if the plaintiff is not allowed to proceed proceed
after meeting the previous status quo, for the delay that was just
and proper with all due respects to the Court.

HEREIN Pertaining to complaint 4:11-CV-03362- TLW, that was
forwarded to the Clerk of Court on May 3rd 2012 at 10:15am con-
tained the plaintiffs attempt to address the court of the department
of Corrections last response withing the following grievances, L.C.I,
# 2372-11, L.C.I, # 2552-11, LCI #2294-11,
and L.C.I. # 0326-12. L.C.I # 0326-12 has exceeded 70 days from
the step 2 date J.C.D.C.) failed to respond as required under their
policy and there fore the plaintiff has exhausted all admin. remedies
available to him as a matter of law citeing Boyd v. Corr. Corp, of
Am., 380 F.3d 989, 996. The plaintiff requests a issuance and
service of process and which wishes to be notified of this process to
introduce further pleadings. Nto this legal matter at issue.
                                                    Respectfully,
                                              # 08-02-2012