THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Thomas Reginald Brooks,
  Plaintiff,

vs.

The South Carolina Dept.
of Corrections, et al
Lee Correctional Inst.,
et al
  Defendants.

C/A No.: 4:11-CV-03362-TLW

RECEIVED
USDC CLERK, FLORENCE, SC
2012 DEC -6 AM 8: 15

RECEIVED
C CLERK, FLORENCE S
2012 AUG 13 A 10: 54

MOTION TO NOTIFY THE EXHAUSTION OF ADMINISTRATIVE REMEDIES AND REQUEST TO Proceed "in forma pauperis"

**DENIED**
12-5-12 DATE
Terry L. Wooten
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

HEREIN THE plaintiff motions upon the court supported by the following on or around date May 3rd 2012 at 10:15am the plaintiff attempted to notify the United States District Court of the ~~condendary~~ exhaustion of administrative remedies which was the reason for the Mag. Judges decision within The Honorable THOMAS E. RODGERS III, R+R, after he recommended that the case be dismissed without prejudice and without issuance and service of process which could cause a statue of limitations issue, if the plaintiff is not allowed to ~~proceed~~ proceed after meeting the previous status quo, for the delay that was just and proper with all due respects to the court.

HEREIN pertaining to complaint 4:11-CV-03362-TLW, that was forwarded to the Clerk of Court on May 3rd 2012 at 10:15am contained the plaintiffs attempt to address the court of the department of Corrections last response with-in the following grievances, L.C.I. ~~#~~ #2372-11, L.C.I. #2552-11, L C I #2294-11, and L.C.I. #0326-12. L.C.I #0326-12 has exceeded 70 days from the step 2 date J.C.D.C., failed to respond as required under their policy and therefore the plaintiff has exhausted all admin. remedies, available to him as a matter of law Citeing *Boyd v. Corr.Corp. of Am.*, 380 F.3d 989, 996. The plaintiff requests a issuance and service of process and ~~which~~ wishes to be notified of this process to introduce further pleadings. Nto this legal matter at issue.

Respectfully,
[signature]
# 08-02-2012