**DENIED**

Terry L. Wooten  12-5-12
TERRY L. WOOTEN          DATE
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Thomas Reginald Brooks 293842
          Plaintiff,

V:

THE CITY AND COUNTY OF Richland
County, South Carolina, at el
PRO NEW YORK PIZZA HOGIES &
WINGS, at el
THE SOUTH CAROLINA DEPT. OF
CORRECTIONS, at el DEFENDANTS,

CASE ID: 4:11-CV-3362-TLW
MOTION TO MERGE: ANY
AND ALL SUPPORTING EVIDENCE
SENT "PRO SE" by plaintiff
WHICH INCLUDES HIS MOTIONS
FILED FOR RESPONSE TO THE
CAUSE FOR ACTION UNDER THE
ABOVED CASE NO. AND OR ANY
CASE NO. DECREED by THE COURT
due to this refileing of a 'Genuine
Issue', at law

HEREIN FOR THE RECORD the plaintiff requests that any
and all motions filed for response "pro se", by plaintiff
or "MERGED", for a determination in favor of the plain-
tiff, with all due respects to the discretion of the re-
fileing of C/A NO: 4:11-CV-3362-TLW, THE plaintiff
IS NOT sure rather he will be gieing A NEW CASE NUMBER
SO IF HE IS NOT ALLOWED TO PROCEED UNDER THE
PREVIOUS CASE NUMBER HE WOULD LIKE ALL "SUPPORTING
EVIDENCE" "MOTIONS", SUMMONS FORMS AO 440, AND
USM-285 forms of DEFENDANTS NOT ENCLOSED IN THIS
CURRENT FILEING TO BE MERGED INTO WHAT NEW
IF ANY CASE NUMBER THAT THE COURT APPOINTS

PLAINTIFF.

Respectfully,

S—— P. B——

07-27-2012