**DENIED** 12-5-12
Terry L. Wooten
TERRY L. WOOTEN, DATE
U.S. DISTRICT JUDGE

RECEIVED
USDC CLERK, FLORENCE, SC
2012 DEC -6 AM 8:16

RECEIVED
US CLERK, FLORENCE SC
2012 SEP 12 A 10 32

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

C.V.I Action No: 4:11-CV-3362-TLW
                                                TER

Thomas Reginald Brooks
    Plaintiff,

vs.

County of Richland South Carolina, at el
South Carolina Department of Corrections, at el
    Defendants,

Books 1-4

MOTION FOR Special Interlocutory ORDER to Intervene In Collateral Matter OR bases Concerning grounds IN Above Civil Action PENDING.

---

HERE IN all GROUNDS OF facts, supicision, and Defendant the plaintiff is enclosing a motion drafted by his P.C.R., atty., on June 21, 2012, whom is Robert T. Strickland, atty., within "Banes, Alford, Stark & Johnson, LLP." The grounds for this June 21st 2012, motion was for "Motion for Leave To Conduct Discovery" on July 19th 2012, after a hearing before The Honorable James R. Barber III, presiding judge, Fifth Judicial Circuit. As of todays date of 09-10-2012, grounds 5 thru 7, have not been disclosed to the atty., representing me in this post conviction matter. Per my atty., My P.C.R. hearing is Scheduled for Sept. 14th 2012, at the Richland County Judicial Center, on Main St., in downtown Columbia, in the Court of Common pleas for Richland County.

Brooks 2-4

With a "prima facie" showing of The Honorables ORDER Granting discovery their or reasonable facts and belief, that the state is attempting to violate petitioners Rights pursuant to "Brady v. Maryland," and cover up the facts concerning the Applicants grounds for disclosure of Grounds 3 thru 7, The plaintiff's Grounds for current motion for Special Interlocutory order to intervene in what is a obvious conspiracy and attempt to withhold evidence that is material in all phases of my rights to due process rather Criminal and or Civil. The withhold and or Tampering and or destruction of material evidence that tends to exculpate a defendant in a Criminal proceeding and or Impeach, etc. a witness against the defendant is a Criminal act of Conspiracy etc., and tends to pollute the demands for Justice and bring the admin. of Justice into turmoil. This information is needed to comply with the burden of proof required for the plaintiff to overcome the burden for the Grounds of P.C.R., at this First Collateral mode of attack. How can the Applicant have the fair bite of the legal apple at this important stage to Then as a plaintiff in this Civil action

Brooks 3-4

have the safeguards of the Constitution such as for example to defend against any defense by the State of the "doctrine of Collateral estoppel," if he is prejudiced and limited too establishing the requirements of Strickland v. Washington, supra; State v. Gibson, supra etc., The plaintiff per se, asks on the destruction of the Court with Mercy to intervene in this matter to Conduct discovery for the purpose of Civil Action number 4:11-CV-3362-TLW, with all due respect to the Jurisdiction of the Court and the ethics involved as a matter of Justice and proximity interests to the pending matter of Civil Action Number 4:11-CV-3362-TLW, on the same grounds stated in "P.C.R., Civil Action No. 2011-CP-40-7395," to establish the plaintiff's immunities etc to frivolous defenses such as the abused stated Doctrine etc., The Plaintiff, Motions with all due respect and prays that this matter is addressed with the proper and best course that the law provides the people against the hands of Corruption and illegal acts of Criminal activity by persons Clothed with authority under Color of State Law. Finally, IN God WE TRUST Respectfully

Brooks 4-4

~~Submitted~~

Respectfully,
Thomas Reginald Brooks
09-11-2012