U.S. District Court

**DENIED**
Terry L. Wooten 12-5-12
TERRY L. WOOTEN
U.S. DISTRICT JUDGE

RECEIVED
USDC CLERK, FLORENCE, SC
2012 DEC -6

Thomas Reginald Brooks,
Plaintiff,

Vs.

Richland County South Carolina, at el.
PAP's New York Pizza Wings, o Hogies, at el.
Defendants.

C/A. NO. 4:11-CV-03362

MOTION TO ADD TO PARTS/Their Showing of Genuine Issue at issue in above C/A. NO. 4:11-CV-03362-TLW Supporting Evidence to Support Claim of "Preclusion Order", "Interm order", barring Defendants from presenting certain defenses until something occurs

HEARIN THE plaintiff, in ABOVED Closed CAPTION Action, MOTIONS upon THE COURT THE additional details ditted in as "Supporting Evidence," and or a "prima facie" showing of merits of Genuiness of Issues and OR Claims.

HEAR IN THE plaintiff would also RELATE. THE Fileing of A MOTION THAT INVOLVES THE ASPECTS OF HIS PURSUITS TO Receive A FAVORABLE decision Thru his MOTIONS upon THE UNITED STATES DIST COURT OF SOUTH CAROLINA. By Renaming A MOTION THAT WAS ENTITLED AS A "INTERLOCUTORY MOTION," (FILED within the month of June 2012). FOR THE RECORD THE plaintiff IF PERMITTED WOULD REQUEST THRU THIS MOTION THAT THE NARRATIVE AND OF FACTS OR LAW WITHIN THE JUNE 2012 "INTERLOCUTORY MOTION," IS Applied Also To plaintiff's requests IN hope TO A FAVORABLE decision in THE plaintiff's FAVOR FOR THE Following TWO "ORDERS" ① Preclusion ORDER, ② INTERM ORDER. Finally, UNDER THE SAME STATAS quo or issues addressed within JUNE 2012, INTERLOCUTORY ORDER MOTION., With All DUE RESPECTS, IN GOD WE TRUST! Respectfully,

06-22-2012